**Fill in this information to identify the case:**

Debtor 1: Robert B. Bannon

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania (Philadelphia)

Case number: 17-15757

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): _____

**Date of payment change:** Must be at least 21 days after date of this notice — 12/15/2017

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 9 0

**New total payment:** Principal, interest, and escrow, if any — $811.15

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____      New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Line of Credit - Variable Rate Change

   Current mortgage payment: $ 798.35      New mortgage payment: $ 811.15

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

Debtor  Robert B. Bannon
        First Name    Middle Name    Last Name

Case number (if known)  17-15757

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Olga M. Muyinda
   Signature

Date  11/22/2017

Print:  Olga M. Muyinda
        First Name    Middle Name    Last Name

Title  Vice President

Company  JPMorgan Chase Bank, N.A.

Address  Chase Records Center Attn: Correspondence Mail
         Number        Street
         700 Kansas Lane, Mail Code LA4-5555
         Address 2
         Monroe                        LA        71203
         City                          State     ZIP Code

Contact phone  866-243-5851

Email  olga.m.muyinda@jpmorgan.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 17-15757
Judge: Eric L. Frank

In re:

Robert B. Bannon

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 27, 2017 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid

Robert B. Bannon
1557 Gibson Road

Bensalem PA 19020

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia PA 19107

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia PA 19107

/s/Olga M. Muyinda

Vice President

JPMorgan Chase Bank, N.A.

"This is an open-end home equity line of credit with interest calculated, in arrears, on a simple interest rate basis.  This means that the principal balance, the interest rate and the finance charge may vary from day to day.  For the reason, it is not possible to determine the interest rate and minimum payment amount on a prospective basis.  The figures reflected in this payment change notice are based on the terms of the loan."