United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15757-elf
Robert B. Bannon                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                 Page 1 of 1                 Date Rcvd: Mar 01, 2018
                          Form ID: 155               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db             +Robert B. Bannon,    1557 Gibson Road,    Bensalem, PA 19020-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
         BRAD J. SADEK    on behalf of Debtor Robert B. Bannon brad@sadeklaw.com,   bradsadek@gmail.com
         JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
          jtorrente@begleycarlin.com
         KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. KMcDonald@blankrome.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                     TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert B. Bannon
        Debtor(s)

Chapter: 13

Bankruptcy No: 17−15757−elf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 27, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Eric L. Frank
                                      Judge ,
                                      United States Bankruptcy Court