# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert B. Bannon<br>　　　　　Debtor<br><br>JPMorgan Chase Bank, N.A.<br>　　　　　v.<br><br>Robert B. Bannon　　　Debtor<br><br>Kathleen Bannon　　　Co-Debtor<br><br>and William C. Miller Esq.　　Trustee | Chapter 13<br><br>NO. 17-15757 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, this 6th day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 2, 2018 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow JPMorgan Chase Bank, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 307 Goldenridge Dr Levittown, PA 19057.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**