United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert B. Bannon  
    Debtor

Case No. 17-15757-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jan 06, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db             +Robert B. Bannon,    1557 Gibson Road,    Bensalem, PA 19020-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Debtor Robert B. Bannon brad@sadeklaw.com,    bradsadek@gmail.com  
         JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau  
           jtorrente@begleycarlin.com  
         KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                           TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert B. Bannon<br>                              Debtor<br><br>JPMorgan Chase Bank, N.A.<br>                    v.<br><br>Robert B. Bannon           Debtor<br><br>Kathleen Bannon           Co-Debtor<br><br>and William C. Miller Esq.        Trustee | Chapter 13<br><br>NO. 17-15757 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 6th day of January, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 2, 2018   it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow JPMorgan Chase Bank, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 307 Goldenridge Dr Levittown, PA 19057.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**