**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　　　　　　　　　　　　　Chapter 13
ROBERT B BANNON

　　　　　　　　Debtor　　　　Bankruptcy No. 17-15757-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  May 13, 2020

　　　　　　　　　　　　　　　　Eric L. Frank
　　　　　　　　　　　　　　　　Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ROBERT B BANNON

1557 GIBSON ROAD

BENSALEM, PA 19020