United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert B. Bannon  
    Debtor

Case No. 17-15757-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                    Page 1 of 2                    Date Rcvd: May 13, 2020
                            Form ID: pdf900              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db           +Robert B. Bannon,    1557 Gibson Road,    Bensalem, PA 19020-3007
cr           +Bucks County Tax Claim Bureau,    c/o Rudolph Clarke LLC,    Seven Neshaminy Interplex, Suite 200,
               Trevose, PA 19053-6974
13973521     +Bristol Township,    2501 Bath Road,    Bristol, PA 19007-2150
13988221     +Bucks County Tax Claim Bureau,    55 E. Court Street,    Doylestown, PA 18901-4318
13973522     +Bucks County Tax Claim Bureau,    55 East Court St.,    Doylestown, PA 18901-4318
13988277    +++Bucks County Tax Claim Bureau,    c/o Barbara R. Merlie, Esquire,    Rudolph Clarke LLC,
               Seven Neshaminy Interplex, Suite 200,    Trevose, PA 19053-6974
13973523    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,
               Woodland Hills, CA 91367)
13973525     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
13973526     +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
               S Louis, MO 63179-0040
14035157     +JD Receivables LLC,    Agent for KAY JEWELERS,    PO Box 382656,    Germantown, TN 38183-2656
14412884     +JPMORGAN CHASE BANK, N.A.,    C/O KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
               3600 Horizon Drive, Ste. 150,    King of Prussia, PA 19406-4702
13981444     +JPMORGAN CHASE BANK, N.A.,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14412510     +JPMorgan Chase Bank, National Association,    c/o Kevin S. Frankel, Esquire,
               Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13973535     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13989127     +WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION,    P.O. Box 29482,    Phoenix, AZ 85038-8650,
               Telephone number: (888) 715-4315,    BDBKInquiry@wellsfargo.com 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:07     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:30     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14030775     +E-mail/Text: g20956@att.com May 14 2020 03:53:15     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
13973527      E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 03:52:20     Citizens Bank,
               1 Citizens Dr,    Riverside, RI 02915
13973532      E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 03:52:20     RBS Citizens Cc,
               1 Citizens Dr,    Ms: Rop 15b,    Riverside, RI 02915
13973528     +E-mail/Text: jsanders@cksfin.com May 14 2020 03:52:34     Cks Financial,
               505 Independence Pkwy St,    Chesapeake, VA 23320-5178
14035610     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 14 2020 03:52:29
               Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
               Seattle, WA 98121-3132
14032260      E-mail/Text: G06041@att.com May 14 2020 03:52:58     Directv, LLC,
               by American InfoSource LP as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
13973524      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:55:14     Chase,
               Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850
14028861      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 14 2020 03:54:01
               JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
               Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
13973529     +E-mail/Text: BKRMailOPS@weltman.com May 14 2020 03:52:27     Kay Jewelers,    375 Ghent Road,
               Akron, OH 44333-4600
14016497     +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:52:49     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
13973530     +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2020 03:52:49     Midland Funding,
               Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
13974510     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:55:14
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14216012     +E-mail/Text: bncmail@w-legal.com May 14 2020 03:52:54     SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13973534     +E-mail/Text: bankruptcy@sw-credit.com May 14 2020 03:52:50     Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 18
```

```
District/off: 0313-2            User: John              Page 2 of 2              Date Rcvd: May 13, 2020
                                Form ID: pdf900         Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
               Seattle, WA 98121-3132
13973533*    ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
              (address filed with court:  RBS Citizens Cc,    1 Citizens Dr,    Ms: Rop 15b,
               Riverside, RI 02915)
13973531*     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              BARBARA R. MERLIE    on behalf of Creditor    Bucks County Tax Claim Bureau
               BMerlie@rudolphclarke.com
              BRAD J. SADEK    on behalf of Debtor Robert B. Bannon brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ROBERT B BANNON

Chapter 13

Debtor

Bankruptcy No. 17-15757-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: May 13, 2020

Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ROBERT B BANNON

1557 GIBSON ROAD

BENSALEM, PA 19020